# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Gail Meyers; Stephanie Chissus

*Plaintiff*

v.

Yellow Church Cafe LLC, a Washington Corporation;
Ryalex Inc, a Washington Corporation.

*Defendant*

Civil Action No. 1:14-cv-03159-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion to Dismiss is GRANTED IN PART AND DENIED IN PART (ECF No. 34). Title VII Claims against Yellow Church Cafe, LLC are dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on Defendant's motion to Dismiss is GRANTED IN PART AND DENIED IN PART (ECF No. 34). Title VII Claims against Yellow Church Cafe, LLC are dismissed with prejudice.

Date: 9/26/16

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler