UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHANIE CHISSUS, individually<br><br>Plaintiff,<br><br>v.<br><br>YELLOW CHURCH CAFÉ, LLC; a Washington corporation; RYALEX, INC., a Washington corporation,<br><br>Defendants. | NO: 1:14-CV-3159-RMP<br><br>ORDER DISMISSING PLAINTIFF STEPHANIE CHISSUS' CLAIMS WITH PREJUDICE |

BEFORE THE COURT is the parties' Joint Stipulation of Dismissal of Plaintiff Stephanie Chissus, ECF No. 72.  Having reviewed the Stipulation and the record, the Court finds good cause to dismiss Plaintiff Stephanie Chissus' claims.

Accordingly, **IT IS HERBY ORDERED**:

1. The parties' Joint Stipulation of Dismissal, **ECF No. 72** is **APPROVED**.

2. Stephanie Chissus is hereby dismissed as a Plaintiff in this case.

3. All claims relevant to Stephanie Chissus are hereby **dismissed with prejudice and without costs to any party**.

ORDER DISMISSING PLAINTIFF STEPHANIE CHISSUS' CLAIMS WITH PREJUDICE ~ 1

The District Court Clerk is directed to enter this Order, to **terminate Stephanie Chissus** as a Plaintiff in this case, to provide copies of this Order to counsel and to pro se Plaintiffs, and to **close this case**.

**DATED** this 5th day of October 2016.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER DISMISSING PLAINTIFF STEPHANIE CHISSUS' CLAIMS WITH PREJUDICE ~ 2